```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
VANESSA M. HAMMER,

                Plaintiff,
                                        MEMORANDUM AND ORDER
        -against-                       12-CV-4819(JS)(GRB)

TRANSPORTATION SECURITY
ADMINISTRATION, U.S. Dept.
of Homeland Security Claims
Management Branch, Case
#2011111 588953,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:     Vanessa M. Hammer, Pro Se
                   58 Todd Drive North
                   Glen Head, NY 11545

For Defendant:     No appearance
```

SEYBERT, District Judge:

Presently pending before the Court is the Complaint brought by pro se plaintiff Vanessa M. Hammer ("Plaintiff") against the Transportation Security Administration ("Defendant") seeking to recover personal property which Plaintiff claims was "misplaced" and missing following her flight aboard American Airlines. Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

Upon review of the declaration in support of the application to proceed in forma pauperis, the Court determines that the Plaintiff's financial status qualifies her to commence this action without prepayment of the $350.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, Plaintiff's request to proceed

in forma pauperis is GRANTED.

Having reviewed the pro se Complaint, the undersigned declines to conclude at this stage that the within action is frivolous or malicious within the meaning of 28 U.S.C. § 1915. While it may be that Plaintiff is unable to prevail on her claim, the Court's uncertainty does not justify dismissal at this early juncture. McEachin v. McGuinnis, 357 F.3d 197, 200 (2d Cir. 2004). Accordingly, the application to proceed in forma pauperis is GRANTED and the Court orders service of the Complaint without prepayment of the filing fee.

The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York a copy of Plaintiff's Summons, Complaint, and this Order for service upon the Defendant without prepayment of fees. Furthermore, the Clerk is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: October   15  , 2012
       Central Islip, New York